**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01106-REB-MEH

JACQUELINE JACOBSON,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation for Dismissal with Prejudice** [#30][1] filed March 22, 2016.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this case should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal with Prejudice** is approved;

    2.  That all pending pretrial deadlines are vacated;

    3.  That the combined Final Pretrial Conference/Trial Preparation Conference set May 20, 2016, is vacated;

    4.  That the jury trial set to commence June 13, 2016, is vacated; and

    5.  That this case is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated March 22, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge